UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John Dugas, Pro Se
Social Security Number: 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

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Defendants List Exhibit Attached As:
"Exhibit: Index Of Exhibits"
And
"Exhibit: Defendants List"

**COMPLAINT**

Do you want a jury trial?
☒ Yes     ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

  X|    **Federal Question**

  ☐    **Diversity of Citizenship**

## A.    If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Basis For Jurisdiction Attached And Labeled As "Exhibit: Index Of Exhibits"
And:
"Exhibit: Jurisditction"
"Exhibit: Federal Statutory Rights Violated"
"Exhibit: Federal Constitutional Rights Violated"

## B.    If you checked Diversity of Citizenship

### 1.    Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , John Dugas SS#: 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 , is a citizen of the State of
(Plaintiff's name)

New York
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

Lawfully Admitted Permanent Resident Subject Of Foreign State Of District Of Columbia, Case No.: 25-1134

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant,

> Defendants List Exhibit Attached As:
> "Exhibit: Index Of Exhibits"
> And
> "Exhibit: Defendants List"

is a citizen of the State of

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant,

> Defendants List Exhibit Attached As:
> "Exhibit: Index Of Exhibits"
> And
> "Exhibit: Defendants List"

incorporated under the laws of

the State of

and has its principal place of business in the State of

> Defendants List Exhibit Attached As:
> "Exhibit: Index Of Exhibits"
> And
> "Exhibit: Defendants List"

or is incorporated under the laws of (foreign state)

and has its principal place of business in

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| John | W. | Dugas |
|------|------|------|
| First Name | Middle Initial | Last Name |

Homeless Shelter - 61-18 93rd Street,

Street Address

| Kings, Queens | NY | 11374 |
|------|------|------|
| County, City | State | Zip Code |

| 656-233-3578 | 4848jwd4848@gmail.com |
|------|------|
| Telephone Number | Email Address (if available) |

Page 3

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Defendants List Exhibit Attached As:
"Exhibit: Index Of Exhibits"
And
"Exhibit: Defendants List"

Defendant 2:

Defendants List Exhibit Attached As:
"Exhibit: Index Of Exhibits"
And
"Exhibit: Defendants List"

Defendant 3:

Defendants List Exhibit Attached As:
"Exhibit: Index Of Exhibits"
And
"Exhibit: Defendants List"

Defendant 4:

> Defendants List Exhibit Attached As:
> "Exhibit: Index Of Exhibits"
> And
> "Exhibit: Defendants List"

## III. STATEMENT OF CLAIM

Place(s) of occurrence:

> III. Statement Of Claim Attached As:
> "Exhibit: Index Of Exhibits"
> And:
> "Exhibit: Statement Of Claim"

Date(s) of occurrence:

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

> III. Statement Of Claim Attached As: "Exhibit: Index Of Exhibits"
> And:
> "Exhibit: Statement Of Claim"
> "Exhibit: Facts"
> "Exhibit: Injuries"



III. Statement Of Claim Attached As: "Exhibit: Index Of Exhibits"
And:
"Exhibit: Statement Of Claim"
"Exhibit: Facts"
"Exhibit: Injuries"

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

III. Statement Of Claim Attached As: "Exhibit: Index Of Exhibits"
And:
"Exhibit: Statement Of Claim"
"Exhibit: Facts"
"Exhibit: Injuries"

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

IV. Relief Request Attached As: "Exhibit: Index Of Exhibits"
And:
"Exhibit: Relief Court Order"

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 11/10/2024 | *John Dugas* |
|---|---|
| Dated | Plaintiff's Signature |

| John | W. | Dugas |
|---|---|---|
| First Name | Middle Initial | Last Name |

| Homeless Shelter - 61-18 93rd Street, | | |
|---|---|---|
| Street Address | | |

| Kings, Queens | NY | 11374 |
|---|---|---|
| County, City | State | Zip Code |

| 656-233-3578 | 4848jwd4848@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## The United States Court Of Appeals For The Federal Circuit

John Dugas, Pro Se
Social Security Number: 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

| US<br>The United States<br>District Court<br>Southern<br>District Of New York | *Plaintiff*<br>v.<br><br>*Defendant* | Civil Action No. 25-1134 |
|---|---|---|

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:    The United States District Court Southern District of New York,
Pro Se Intake Unit (pro_se_filing@nysd.uscourts.gov)

[X] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
Electronic Filing Registration Number and Access For Pro Se
Electronic Filing With Conveyance To Plaintiff John Dugas
For New York District Court (pro_se_filing@nysd.uscourts.gov)E

| Place: 4848jwd4848@gmail.com | Date and Time: FRCP For least amount of days For Subpoena Response |
|---|---|

[X] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: CM/ECF For The United States District Court Southern District of New York Operation For Court Filings | Dat FRCP For Federal Subpoeana Duces Tecum Least Amount of Days Before Court Action |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

| *CLERK OF COURT* | OR | *John Dugas* Pro Se |
|---|---|---|
| _____<br>*Signature of Clerk or Deputy Clerk* | | Signer ID: ZLEAQW4O13...<br>_____<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* John Dugas
61-18 93rd Street, Queens NY 11374           , who issues or requests this subpoena, are:
Phone: 656-233-3578                    Email: 4848jwd4848@gmail.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* The United States District Court Southern District of New York, Pro Se Intake Unit

on *(date)*  11/10/2024    pro_se_filing@nysd.uscourts.gov

X   I served the subpoena by delivering a copy to the named person as follows: pro_se_filing@nysd.uscourts.gov
The United States District Court Southern District of New York, Pro Se Intake Unit    11/10/2024

on *(date)*                    ; or

❒ I returned the subpoena unexecuted because:

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$     0.00    .

My fees are $     0.00     for travel and $     0.00     for services, for a total of $     0.00    .

I declare under penalty of perjury that this information is true.

Date:  11/10/2024

*John Dugas*
Signer ID: ZLEAQW4O13...
*Server's signature*

John Dugas, Pro Se
*Printed name and title*

61-18 93rd Street, Queens NY 11374
*Server's address*

Additional information regarding attempted service, etc.:

*John Dugas*
Signer ID: ZLEAQW4O13...
11/10/2024

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
     **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

     **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

"Exhibit: Index Of Exhibits" ................................................................................................................ 2

"Exhibit: Plaintiff Emergency" ............................................................................................................. 3

"Exhibit: Defendants List" .................................................................................................................... 4

"Exhibit: Jurisdiction" ........................................................................................................................... 7

"Exhibit: Federal Constitutional Rights Violated" ............................................................................. 8

"Exhibit: Federal Constitutional Rights Violated": Additional Pages ............................................. 9

"Exhibit: Federal Statutory Rights Violated" ................................................................................... 20

"Exhibit: Federal Statutory Rights That Have Been Violated": Additional Pages ...................... 21

"Exhibit: Statement Of Claim" .......................................................................................................... 38

"Exhibit: Facts" .................................................................................................................................... 39

"Exhibit: Facts": Additional Pages .................................................................................................... 40

"Exhibit: Injuries" ................................................................................................................................ 42

"Exhibit: Injuries": Additional Pages ................................................................................................ 43

"Exhibit: Relief Court Order" ............................................................................................................. 44

United States District Court Southern District of New York


John Dugas, Pro Se, SS#: 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
_____
PLAINTIFF

VS.

| Defendants List Exhibit Attached As: |
| "Exhibit: Index Of Exhibits" |
| And |
| "Exhibit: Defendants List" |

CASE NO. _____

_____
DEFENDANT(S)

Complaint Exhibits Attached As:
"Exhibit: Index Of Exhibits"
And
Labeled And Attached Are:


"Exhibit: Plaintiff Emergency"

"Exhibit: Defendants List"

"Exhibit: Jurisdiction"
    -"Exhibit: Federal Statutory Rights Violated"
    -"Exhibit: Federal Constitutional Rights Violated"

"Exhibit: Statement Of Claim"
    -"Exhibit: Facts"
    -"Exhibit: Injuries"

"Exhibit: Relief Court Order"


*John Dugas*
_____
Signature
John Dugas, Pro Se, SS#: 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
_____
Name (if applicable, Prisoner ID No.)
61-18 93rd Street
_____
Address/Facility Address
Queens,                NY        11374
_____
City                        State      Zip Code


Rev: 8/8/2024
*Use additional pages as needed

The United States District Court Southern District Of New York

John Dugas, Pro Se
Social Security Number: 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

PLAINTIFF

VS.
State Of New York
City Of New York
Departments Of Government
Department Of Human And Health Services

CASE NO. _____

DEFENDANT(S)

Exhibit: Plaintiff Emergency

Effective date of 11/10/2024 : Unable to pay court fees due to:
Homeless and currently living in a shelter in the City Of New York.
Currently not employed and not able to pay for food or any other
-Goods or services.
-Receiving Federal Public Benefits: Cash Assistance, SNAP, and Housing Services
Documents Available Upon Request: John Dugas Social Security#: 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
-Employment: None (Applying and interviewing)
-Financial:$-71.00 (All Monetary Value In Any Form)
-SNAP Benefits: $292.00/month
-Cash Assistance: $45.00/month (Case#:00030033847C State Of New York)
-Housing Shelter: 61-18 93rd Street, Queens NY 11374
-Debt: $30,000.00 (Primarily Federal Student Debt)
-Other: $250.00/month from Parent
In Forma Pauperis: Previously granted in The United States Court Of Federal Claims
Case Number: 01:24-cv-01485-CNL

Signature
John Dugas, Pro Se

Name (if applicable, Prisoner ID No.)
61-18 93rd Street

Address/Facility Address

Queens                          NY        11374
City                            State     Zip Code

Rev: 8/8/2024
*Use additional pages as needed

Exhibit - Defendants List ................................................................................................................................ 2

Exhibit - Defendants List - Effective - 11.10.2024 ................................................................................ 3

United States District Court Southern District of New York

John Dugas, Pro Se, SS#: 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
_____
PLAINTIFF

|                              |                                                    |
|                              | Defendants List Exhibit Attached As:               |
|                              | "Exhibit: Index Of Exhibits"                       |
|                              | And                                                |
| VS.                          | "Exhibit: Defendants List"          CASE NO. _____ |
|                              | The United States Of America                       |
| _____                | United States District Court                       |
| DEFENDANT(S)                 | Southern District of New York                      |

Defendants List Exhibit Attached As:
"Exhibit: Index Of Exhibits"
And
"Exhibit: Defendants List"

To the best of your ability, provide addresses where each defendant may be served.
If the correct information is not provided, it could delay or prevent service of
the complaint on the defendant.
Make sure that the defendants listed below are the same as those listed in the caption.

Example Format:
Current Job Title (or other identifying information)
Defendant Profile: First Name Last Name
Current Address County, City State Zip Code
(Work or other address where defendant may be served)
Attach additional pages if needed

_____

*John Dugas*
_____
Signature
John Dugas, SS#: 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
_____
Name (if applicable, Prisoner ID No.)
61-18 93rd Street
_____
Address/Facility Address
Queens,                          NY        11374
_____
City                             State     Zip Code

Rev: 8/8/2024
*Use additional pages as needed

United States District Court Southern District of New York

John Dugas, Pro Se, SS#: 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
_____
PLAINTIFF


VS.                                                    CASE NO. _____

State Of New York
_____
DEFENDANT(S)

"Exhibit: Defendants List"

The United States District Court Southern District Of New York
The United States Court Of Appeals Federal Circuit
The United States Court Of Federal Claims
The United States Of America
Departments Of Government
State Of New York
City Of New York
Third Parties
Individual Wrong Doers Of Fiduciary And Private Business Agency
Defendant(s) to be added with addition of court proceedings and cases with
various jurisdiction requirements

_____

_____

*John Dugas*        11/08/2024
_____
Signature
John Dugas, Pro Se
Name (if applicable, Prisoner ID No.)
61-18 93rd Street
_____
Address/Facility Address
Queens, NY 11374
_____
City                          State     Zip Code

Date: 11/10/2024

Rev: 8/8/2024
*Use additional pages as needed

The United States District Court Southern District New York


John Dugas, Pro Se, SS#: 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

PLAINTIFF

VS.

DEFENDANT(S)

┌─────────────────────────────────────┐
│ Defendants List Exhibit Attached     │
│ As:                                  │
│ "Exhibit: Index Of Exhibits"         │
│ And                                  │
│ "Exhibit: Defendants List"           │
└─────────────────────────────────────┘

CASE NO. _____

"Exhibit: Jurisdiction"
Attached And Labeled Are:
"Exhibit: Federal Constitutional Rights Violated"
"Exhibit: Federal Statutory Rights Violated"


"Exhibit: Jurisdiction": The Federal Jurisdiction of The U,S, Court Of Federal Claims as first vested power with federal statutes within the District Of Columbia.

With vesting of court, this complaint is hereby filed with the jurisdiction of the Federal statutes and seeking constitution of federal rights in The United States District Couth Southern District New York.

Labeled and Attached are: "Exhibit: Federal Statutory Rights Violated"

Labeled and Attached are: "Exhibit: Federal Constitutional Rights Violated"


*John Dugas*

Signature

John Dugas SS#: 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
Name (if applicable, Prisoner ID No.)

61-18 93rd Street
Address/Facility Address

Queens,              NY        11374
City                 State     Zip Code

Date: 11/10/2024

Rev: 8/8/2024
*Use additional pages as needed

United States District Court Southern District of New York

John Dugas, Pro Se, SS#: 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

PLAINTIFF

VS.

Defendants List Exhibit Attached As:
"Exhibit: Index Of Exhibits"
And
"Exhibit: Defendants List"

CASE NO. _____

DEFENDANT(S)

"Exhibit: Federal Constitutional Rights Violated"

Federal Constitutional Rights Violated:
Second Constitution Of The United States Of America:
The Constitution Of The United States Of America

The Constitution Of The United States Of America And All Amendments Of Any
Kind In Attachment Since 1777

Additional pages with "Exhibit: Federal Constitutional Rights Violated" attached.

_John Dugas_
Signature
John Dugas, SS#: 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
Name (if applicable, Prisoner ID No.)

61-18 93rd Street
Address/Facility Address
Queens,           NY 11374
City              State    Zip Code

Date: 11/10/2024

Rev: 8/8/2024
*Use additional pages as needed

The United States District Southern District New York Court

John Dugas, Pro Se, SS#: 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
C/O The United Staes Of America
C/O All Residents Of The United States
Of America With Tenants In The Entirety

_____

Plaintiff                                                    Case No.:_____

v.

The United States District Southern District New York Court
State Of New York
City Of New York
Departments Of Government

_____

Defendant(s)

"Exhibit: Federal Constitutional Rights That Have Been Violated"

Additional Pages:

Rights that have been violated including individual wrongdoers of we the people (separate document)

We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defence, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this constitution for the United States of America the constitution of the united states,

Article. I.

SECTION. 6

The senators and representatives shall receive a compensation for their services, to be ascertained by law, and paid out of the treasury of the United States. They shall in all cases, except treason, felony and breach of the peace, be privileged from arrest during their attendance at the session of their respective houses, and in going to and returning from the same; and for any speech or debate in either house, they shall not be questioned in any other place. No senator or representative shall, during the time for which he was elected, be appointed to any civil office under the authority of the United States, which shall have been created, or the emoluments whereof shall have been encreased during such time; and no person holding any office under the United States, shall be a member of either house during his continuance in office.

Article. I.

SECTION. 8

The congress shall have power to lay and collect taxes, duties, imposts and excises, to pay the debts and provide for the common defence and general welfare of the united states; but all duties, imposts and excises shall be uniform throughout the united states; to borrow money on the credit of the united states; to regulate commerce with foreign nations, and among the several states, and with the Indian tribes; to establish an uniform rule of naturalization, and uniform laws on the subject of bankruptcies throughout the united states; to coin money, regulate the value thereof, and of foreign coin, and fix the standard of weights and measures; to provide for the punishment of counterfeiting the securities and current coin of the united states; to establish post offices and post roads; to promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries; to constitute tribunals inferior to the supreme court; to define and punish piracies and felonies committed on the high seas, and offenses against the law of nations; to declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water; to raise and support armies, but no appropriation of money to that use shall be for a longer term than two years; to provide and maintain a navy; to make rules for the government and regulation of the land and naval forces; to provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions; to provide for organizing, arming, and disciplining, the militia, and for governing such part of them as may be employed in the service of the united states, reserving to the states respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by congress to exercise exclusive legislation in all cases whatsoever ,over such district (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of congress, become the seat of the government of the united states, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dock-yards and other needful buildings;-and to make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this constitution in the government of the united states, or in any department or officer thereof.

Article. I.

SECTION. 9

The migration or importation of such persons as any of the states now existing shall think proper to admit, shall not be prohibited by the congress prior to the year one thousand eight hundred and eight, but a tax or duty may be imposed on such importation, not exceeding ten dollars for each person the privilege of the writ of habeas corpus shall not be suspended, unless when in cases of rebellion or invasion the public safety may require it. No bill of attainder or ex post facto law shall be passed.[no capitation, or other direct, tax shall be laid, unless in proportion to the census or enumeration herein before directed to be taken.]*no tax or duty shall be laid on articles exported from any state no preference shall be given by any regulation of commerce or revenue to the ports of one state over those of another: nor shall vessels bound to, or from, one state, be obliged to enter, clear, or pay duties in another. No money shall be drawn from the treasury, but in consequence of appropriations made by law; and a regular statement and account of the receipts and expenditures of all public money shall be published from time to time. No title of nobility shall be granted by the United States: and no person holding any office of profit or trust under them, shall, without the consent of the congress, accept of any present, emolument, office, or title, of any kind whatever, from any king, prince, or foreign state.

Article. I.

SECTION. 10

No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.no state shall, without the consent of the congress, lay any imposts or duties on imports or exports, except what may be absolutely necessary for executing it's inspection laws: and the net produce of all duties and imposts, laid by any state on imports or exports, shall be for the use of the treasury of the united states; and all such laws shall be subject to the revision and control of the congress.no state shall, without the consent of congress, lay any duty of tonnage, keep troops, or ships of war in time of peace, enter into any agreement or compact with another state, or with a foreign power, or engage in war, unless actually invaded, or in such imminent danger as will not admit of delay.

Article. II.

SECTION. 4

The president, vice president and all civil officers of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors.

Article. III.

SECTION. 1

The judicial power of the United States shall be vested in one supreme court, and in such inferior courts as the congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behavior, and shall at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

Article. III.

SECTION. 3

treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court. The congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture except during the life of the person attainted

Article. IV.

SECTION. 4

The United States shall guarantee to every state in this union a republican form of government and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

Article. V.

The congress, whenever two thirds of both houses shall deem it necessary, shall propose amendments to this constitution, or, on the application of the legislatures of two thirds of the several states, shall call a convention for pro-posing amendments, which in either case, shall be valid to all intents and purposes, as part of this constitution, when ratified by the legislatures of three-fourths of the several states, or by conventions in three fourths thereof, as the one or the other mode of ratification may be proposed by the congress; provided that no amendment which may be made prior to the year one thousand eight hundred and eight shall in any manner affect the first and fourth clauses in the ninth section of the first article; and that no state, without its consent, shall be deprived of its equal suffrage in the senate

Article. VI.

All debts contracted and engagements entered into, before the adoption of this constitution, shall be as valid against the united states under this constitution, as under the confederation this constitution, and the laws of the united States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the constitution or laws of any state to the contrary notwithstanding. the senators and representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States

United States District Court Southern District of New York


John Dugas, Pro Se, SS#: 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

PLAINTIFF

VS.

| Defendants List Exhibit Attached As: "Exhibit: Index Of Exhibits" And "Exhibit: Defendants List" |

CASE NO. _____

DEFENDANT(S)

"Exhibit: Federal Statutory Rights Violated"


The Federal Statutory rights that have been violated are:
The Articles Of Confederation, 1777.
All rights within the entirety of all Articles and other writings, both beginning and ending, have been violated.

Additional pages with "Exhibit: Federal Statutory Rights Violated" attached.


*John Dugas*

Signature

John Dugas, SS#: 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

Name (if applicable, Prisoner ID No.)

61-18 93rd Street

Address/Facility Address

Queens,                    NY 11374

City                    State    Zip Code

Date: 11/10/2024

Rev: 8/8/2024
*Use additional pages as needed

The United States District Southern District New York Court

John Dugas, Pro Se, SS#: 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
C/O The United Staes Of America
C/O All Residents Of The United States
Of America With Tenants In The Entirety

_____

Plaintiff                                                    Case No.:_____

v.

The United States District Southern District New York Court
State Of New York
City Of New York
Departments Of Government

_____

Defendant(s)

"Exhibit: Federal Statutory Rights Violated"

Additional Pages:

The Articles Of Confederation, 1777

As a United States Citizen,
Plaintiff hereby states, And,
Will prove with use of trial by jury;
The vested rights of the following federal statutes have been violated.

The Federal Statutory Rights That Have Been Violated Are:

Article I.

The stile of this confederacy shall be "The United States of America."

Article II.

Each state retains its sovereignty, freedom and independence, and every power, jurisdiction and right, which is not by this confederation expressly delegated to the United States in congress assembled.

Article III.

The said states hereby severally enter into a firm league of friendship with each other, for their common defence, the security of their liberties, and their mutual and general welfare, binding themselves to assist each other, against all force offered to, or attacks made upon them, or any of them, on account of religion, sovereignty, trade, or any other pretence whatever.

Article IV.

The better to secure and perpetuate mutual friendship and intercourse among the people of the different states in this union, the free inhabitants of each of these states, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several states, and the people of each state shall have free ingress and regress to and from any other state, and shall enjoy therein all the privileges of trade and commerce, subject to the same duties, impositions and restrictions as the inhabitants thereof respectively, provided that such restrictions shall not extend so far as to prevent the removal of property imported into any state, to any other state of which the owner is an inhabitant, provided also that no imposition, duties or restriction shall be laid by any state, on the property of the united states, or either of them.

If any person guilty of, or charged with treason, felony or other high misdemeanor in any state, shall flee from justice, and be found in any of the United States, he shall upon demand of the governor or executive power, of the state from which he fled, be delivered up and re¬ moved to the state having jurisdiction of his offence.

Full faith and credit shall be given in each of these states to the records, acts and judicial proceedings of the courts and magistrates of every other state.

Article IV.

The better to secure and perpetuate mutual friendship and intercourse among the people of the different states in this union, the free inhabitants of each of these states, paupers, vagabonds and fugitives from justice excepted, shall be entitled to all privileges and immunities of free citizens in the several states, and the people of each state shall have free ingress and regress to and from any other state, and shall enjoy therein all the privileges of trade and commerce, subject to the same duties, impositions and restrictions as the inhabitants thereof respectively, provided that such restrictions shall not extend so far as to prevent the removal of property imported into any state, to any other state of which the owner is an inhabitant, provided also that no imposition, duties or restriction shall be laid by any state, on the property of the united states, or either of them.

If any person guilty of, or charged with treason, felony or other high misdemeanor in any state, shall flee from justice, and be found in any of the United States, he shall upon demand of the governor or executive power, of the state from which he fled, be delivered up and re¬ moved to the state having jurisdiction of his offence.

Full faith and credit shall be given in each of these states to the records, acts and judicial proceedings of the courts and magistrates of every other state.

Article V.

For the more convenient management of the general interest of the united states, delegates shall be annually appointed in such manner as the legislature of each state shall direct, to meet in congress on the first Monday in November, in every year, with a power reserved to each state, to recall its delegates, or any of them, at any time within the year, and to send others in their stead, for the remainder of the year.

No state shall be represented in congress by less than two, nor by more than seven members; and no person shall be capable of being a delegate for more than three years in any term of six years; nor shall any person, being a delegate, be capable of holding any office under the united states, for which he, or another for his benefit receives any salary, fees or emolument of any kind.

Each state shall maintain its own delegates in a meeting of the states, and while they act as members of the committee of the states.

In determining questions in the United States, in congress assembled, each state shall have one vote.

Freedom of speech and debate in congress shall not be impeached or questioned in any court, or place out of congress, and the members of congress shall be protected in their persons from arrests and imprisonments, during the time of their going to and from, and attendance on congress, except for treason, felony, or breach of the peace.

Article VI.

No state without the consent of the united states in congress assembled, shall send any embassy to, or receive any embassy from, or enter into any conference, agreement, alliance or treaty with any king, prince or state; nor shall any person holding any office of profit or trust under the united states, or any of them, accept of any present, emolument, office or title of any kind whatever from any king, prince or foreign state; nor shall the united states in congress assembled, or any of them, grant any title of nobility.

No two or more states shall enter into any treaty, con¬ federation or alliance whatever between them, without the consent of the United States in congress assembled, specifying accurately the purposes for which the same is to be entered into, and how long it shall continue.

No state shall lay any imposts of duties, which may interfere with any stipulations in treaties, entered into by the United States in congress assembled with any king, prince or state, in pursuance of any treaties already pro¬ posed by congress to the courts of France and Spain.

No vessels of war shall be kept up in time of peace by any state, except such number only, as shall be deemed necessary by the united states in congress assembled, for the defence of such state, or its trade; nor shall any body of forces be kept up by any state, in time of peace, except such number only, as in the judgment of the united states, in congress assembled, shall be deemed requisite to garrison the forts necessary for the defence of such state; but every state shall always keep up a well regulated and disciplined militia, sufficiently armed and accoutred, and shall provide and constantly have ready for use, in public stores, a due number of field-pieces and tents, and a prop¬ er quantity of arms, ammunition and camp equipage.

No state shall engage in any war without the consent of the united states in congress assembled, unless such state be actually invaded by enemies, or shall have received certain advice of a resolution being formed by some nation of Indians to invade such state, and the danger is so imminent as not to admit of a delay, till the united states in congress assembled can be consulted: nor shall any state grant commissions to any ships or vessels of war, nor letters of marque or reprisal, except it be after a declaration of war by the united states in congress assembled, and then only against the kingdom or state and the subjects thereof, against which war has been so declared, and under such regulations as shall be established by the united states in congress assembled, unless such state be infested by pirates, in which case vessels of war may be fitted out for that occasion, and kept so long as the danger shall continue, or until the united states in congress assembled shall determine otherwise.

Article VII.

When land-forces are raised by any state for the common defence, all officers of or under the rank of colonel, shall be appointed by the legislature of each state respectively by whom such forces shall be raised, or in such manner as such state shall direct, and all vacancies shall be filled up by the state which first made the appointment.

Article VIII.

All charges of war, and all other expences that shall be incurred for the common defence or general welfare, and allowed by the united states in congress assembled, shall be defrayed out of a common treasury, which shall be supplied by the several states, in proportion to the value of all land within each state, granted to or surveyed for any person, as such land and the buildings and improvements thereon shall be estimated according to such mode as the united states in congress assembled, shall from time to time direct and appoint.

The taxes for paying that proportion shall be laid and levied by the authority and direction of the legislatures of the several states within the time agreed upon by the United States in congress assembled.

Article IX.

The United States in congress assembled, shall have the sole and exclusive right and power of determining on peace and war, except in the cases mentioned

In the sixth article—of sending and receiving embassadors —entering into treaties and alliances, provided that no treaty of commerce shall be made whereby the legislative power of the respective states shall be restrained from imposing such imposts and duties on foreigners, as their own people are subjected to, or from prohibiting the exportation or importation of any species

Of goods or commodities whatsoever—of establishing rules

For deciding in all cases, what captures on land or water shall be legal, and in what manner prizes taken by land or naval forces in the service of the United States shall

Be divided or appropriated—of granting letters of marque and reprisal in times of peace—appointing courts for the

Trial of piracies and felonies committed on the high seas and establishing courts for receiving and determining finally appeals in all cases of captures, provided that no member of congress shall be appointed a judge of any of the said courts.

The United States in congress assembled shall also be the last resort on appeal in all disputes and differences now subsisting or that hereafter may arise between two or more states concerning boundary, jurisdiction or any other cause whatever, which authority shall always be exercised in the manner following. Whenever the legislative or executive authority or lawful agent of any state in controversy with another shall present a petition to congress stating the matter in question and praying for a hearing, notice thereof shall be given by order of congress to the legislative or executive authority of the other state in controversy, and a day assigned for the appearance of the parties by their lawful agents, who shall then be directed to appoint by joint consent, commissioners or judges to constitute a court for hearing and deter¬ mining the matter in question: but if they cannot agree, congress shall name three persons out of each of the united states, and from the list of such persons each party shall alternately strike out one, the petitioners beginning, until the number shall be reduced to thirteen; and from that number not less than seven, nor more than nine

Names as congress shall direct, shall in the presence of congress be drawn out by lot, and the persons whose names shall be so drawn or any five of them, shall be commissioners or judges, to hear and finally determine the controversy, so always as a major part of the judges who shall hear the cause shall agree in the determination: and if either party shall neglect to attend at the day appointed, without showing reasons, which congress shall judge sufficient, or being present shall refuse to strike, the congress shall proceed to nominate three persons out of each state, and the secretary of congress shall strike in behalf of such party absent or refusing; and the judgment and sentence of the court to be appointed, in the manner before prescribed, shall be final and conclusive; and if any of the parties shall refuse to submit to the authority of such court, or to

appear or defend their claim or cause, the court shall nevertheless proceed to pronounce sentence, or judgment, which shall in like manner be final and decisive, the judgment or sentence and other proceedings being in either case transmitted to congress, and lodged among the acts of congress for the security of the parties concerned: provided that every commissioner, before he sits in judgment, shall take an oath to be administered by one of the judges of the supreme or superior court of the state, where the cause shall be tried, "well and truly to hear and determine the matter in question, according to the best of his judgment without favour, affection or hope of reward": provided also that no state shall be deprived of territory for the benefit of the united states.

All controversies concerning the private right of soil claimed under different grants of two or more states, whose jurisdiction as they may respect such lands, and the states which passed such grants are adjusted, the said grants or either of them being at the same time claimed to have originated antecedent to such settlement of jurisdiction, shall on the petition of either party to the congress of the united states, be finally determined as near as may be in the same manner as is before pre¬ scribed for deciding disputes respecting territorial jurisdiction between different states.

The united states in congress assembled shall also have the sole and exclusive right and power of regulating the alloy and value of coin struck by their own authority, or by that of the respective states—fixing the standard of weights and measures throughout the united states— regulating the trade and managing all affairs with the Indians, not members of any of the states, provided that the legislative right of any state within its own limits Be not infringed or violated—establishing and regulating Post-offices from one state to another, throughout all the united states, and exacting such postage on the papers passing thro' the same as may be requisite to defray the expences of the said office—appointing all officers of theLand forces, in the service of the united states, excepting Regimental officers—appointing all the officers of the Naval forces, and commissioning all officers whatever in

The service of the United States—making rules for the Government and regulation of the said land and naval forces and directing their operations.

The United States in congress assembled shall have au¬ thority to appoint a committee, to sit in the recess of congress, to be denominated "a committee of the states," and to consist of one delegate from each state; and to appoint such other committees and civil officers as may be necessary for managing the general affairs of the

United states under their direction—to appoint one of their

Number to preside, provided that no person be allowed to serve in the office of president more than one year in any term of three years; to ascertain the necessary sums of money to be raised for the service of the United States, and to appropriate and apply the same for defraying the public expences—to borrow money, or emit bills

On the credit of the United States, transmitting every half year to the respective states an account of the sums of

Moneys so borrowed or emitted—to build and equip a navy—to agree upon the number of land forces, and to

Make requisition from each state for its quota, in proportion to the number of white inhabitants in such state; which requisitions shall be binding, and thereupon the legislature of each state shall appoint the regimental officers, raise the men and cloath, arm and equip them in a soldier like manner, at the expence of the united states; and the officers and men so cloathed, armed and equipped shall march to the place appointed, and within the time agreed on by the united states in congress assembled: but if the united states in congress assembled shall, on consideration of circumstances judge proper that any state should not raise men, or should raise a smaller number

Than its quota, and that any other state should raise a greater number of men than the quota thereof, such extra number shall be raised, officered, cloathed, armed and equipped in the same manner as the quota of such state, unless the legislature of such state shall judge that such extra number cannot be safely spared out of the same, in which case they shall raise, officer, cloath, arm and equip as many of such extra number as they judge can be safely spared. And the officers and men so cloathed, armed and equipped, shall march to the place appointed, and within the time agreed on by the United States in congress assembled.

The united states in congress assembled shall never engage in a war, nor grant letters of marque and reprisal in time of peace, nor enter into any treaties or alliances, nor coin money, nor regulate the value thereof, nor ascertain the sums and expences necessary for the defence and welfare of the united states, or any of them, nor emit bills, nor borrow money on the credit of the united states, nor appropriate money, nor agree upon the number of vessels of war, to be built or purchased, or the number of land or sea forces to be raised, nor appoint a commander-in-chief of the army or navy, unless nine states assent to the same; nor shall a question on any other point, except for adjourning from day to day be deter¬ mined, unless by the votes of a majority of the united states in congress assembled.

The congress of the united states shall have power to adjourn to any time within the year, and to any place within the united states, so that no period of adjournment be for a longer duration than the space of six months, and shall publish the journal of their proceedings month¬ ly, except such parts thereof relating to treaties, alliances or military operations as in their judgment require secrecy; and the yeas and nays of the delegates of each state on any question shall be entered on the journal, when it is desired by any delegate; and the delegates of a state, or any of them, at his or their request shall be furnished with a transcript of the said journal, except such parts as are above excepted, to lay before the legislatures of the several states.

Article X.

The committee of the states, or any nine of them, shall be authorized to execute, in the recess of congress such of the powers of congress as the united states in congress assembled, by the consent of nine states, shall from time to time think expedient to vest them with; provided that no power be delegated to the said committee, for the exercise of which, by the articles of confederation, the voice of nine states in the congress of the united states assembled is requisite.

Article XI.

Canada acceding to this confederation, and joining in the measures of the united states, shall be admitted into, and entitled to all the advantages of this union: but no other colony shall be admitted into the same, unless such admission be agreed to by nine states.

Article XII.

All bills of credit emitted, monies borrowed and debts contracted by, or under the authority of con¬ gress, before the assembling of the united states, in pursu¬ ance of the present confederation, shall be deemed and considered as a charge against the united states, for pay¬ ment and satisfaction whereof the said united states, and the public faith are hereby solemnly pledged.

Article XIII.

Every state shall abide by the determina¬ tions of the united states in congress assembled, on all questions which by this confederation are submitted to them. And the articles of this confederation shall be invio¬ lably observed by every state, and the union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a congress of the united states, and be afterward confirmed by the legislatures of every state.

United States District Court Southern District of New York

John Dugas, Pro Se, SS#: 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

PLAINTIFF

┌─────────────────────────────────────┐
│ Defendants List Exhibit Attached As: │
│      "Exhibit: Index Of Exhibits"    │
│                And                   │
│      "Exhibit: Defendants List"      │
└─────────────────────────────────────┘

VS.                                    CASE NO. _____

DEFENDANT(S)

III. Statement Of Claim Exhibits Attached And Labeled As
"Exhibit: Index Of Exhibits"
And
"Exhibit: Statement Of Claim"
"Exhibit: Facts"
"Exhibit: Injuries"

"Exhibit: Statement Of Claim":
Place(s) of occurrence:
Attached are additional written "Exhibit: Statement Of Claim" pages with places of occurrence
Date(s) of occurrence: Effective date: 07/27/2024 and still experiencing emergency life situation.

"Exhibit: Facts": Additional Pages Attached

"Exhibit: Injuries": Additional Pages Attached

*John Dugas*
Signature

 John Dugas SS#: 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
Name (if applicable, Prisoner ID No.)

 61-18 93rd Street
Address/Facility Address

 Queens,            NY        11374
City                State    Zip Code

Date: 11/10/2024

Rev: 8/8/2024
*Use additional pages as needed

United States District Court Southern District of New York


John Dugas, Pro Se, SS#: 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
_____
PLAINTIFF

VS.

| Defendants List Exhibit Attached As: |
| "Exhibit: Index Of Exhibits" |
| And |
| "Exhibit: Defendants List" |

CASE NO. _____

_____
DEFENDANT(S)

"Exhibit: Facts" labeled and attached as:
"Exhibit: Index Of Exhibits"
And
"Exhibit: Facts"

_____

"Exhibit: Facts": Initial litigation is against the Parcel: Block: 962 Lot: 97
with Address of: 400 East 30th Street and all entities of suspected
wrongdoing to eliminate individual wrongdoers and have relief
conveyed from such parties.


Additional pages attached for "Exhibit: Facts"


_____

_____


*John Dugas*
_____
Signature

John Dugas SS#: 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
_____
Name (if applicable, Prisoner ID No.)

61-18 93rd Street
_____
Address/Facility Address

Queens,              NY        11374
_____
City                 State     Zip Code

Date: 11/10/2024

Rev: 8/8/2024
*Use additional pages as needed

The United States District Southern District New York Court

John Dugas, Pro Se, SS#: 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
C/O The United Staes Of America
C/O All Residents Of The United States
Of America With Tenants In The Entirety

_____

Plaintiff                                              Case No.:_____

v.

The United States District Southern District New York Court
State Of New York
City Of New York
Departments Of Government

_____

Defendant(s)

"Exhibit: Facts"

Additional Pages:

The following are initial facts, for the initial complaint for trial by jury:

The parcel with Block: 962 Lot: 97 with address known as: 400 East 30th Street, Manhattan NY 10016 is of federal violations in a multitude of actions.

Plaintiff hereby issues relief order for conveyance of property, real property, land, government programs, neighboring parcels in the entirety, and monetary accounts both of private and government entities transferred in lieu of litigation to The United States Of America in escrow account.

Property is claiming an N2 Commercial Classification.

Property lot number was not conveyed properly in the deed or chain of title conveyance and has not existed for years according to written government records.

Lot 97 does not exist yet continues to conduct business.

Continues to exist to entirety with multiple warranties of government, private, and other business interactions in the multitude of at least $1 Trillion loan instrument.

Along with not being conveyed properly, the entire Block: 962 is in major violation and criminal activity due to provable actions with written records of government recording.

Business on site of Parcel: Block: 962 Lot: 97 is currently involved and conducting business with the following entities:

Department Of Health And Human Services

Department of Health And New York Hospitals

Care Found Here On-site medical facility for homeless individuals

Department Of Social Services

Caseworkers and social workers for homeless intake and assessment

Department Of Human Resource Administration

Department Of Housing And Urban Development

Cares Of NY, Inc.

United States Department Of Agriculture

Using SNAP Funds for homeless meals with catering company with three meals a day.

With this filing as an introduction to the court filing, plaintiff hereby request Trial By Jury and $27 Trillion in escrow to The United States Of America With All Citizens and  Residents as Tenants In The Entirety.

Plaintiff also seeks relief in the form of all individual wrongdoers of both fiduciary and private agency to be criminally prosecuted and judgement with due process.

As litigation continues and new court filings are actioned, plaintiff relief sought will adjust accordingly to eliminate individual wrongdoers with viscous efficiency of The United States Of America judicial system.

*John Dugas*

11/10/2024

The United States District Court Southern District of New York

John Dugas, Pro Se, SS#: 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

PLAINTIFF

VS.

| Defendants List Exhibit Attached As: |
| "Exhibit: Index Of Exhibits" |
| And |
| "Exhibit: Defendants List" |

CASE NO. _____

DEFENDANT(S)

"Exhibit: Injuries" labeled and attached as:
"Exhibit: Index Of Exhibits"
And
"Exhibit: Injuries"

"Exhibit: Injuries": Plaintiff received dangerous care and is still in an emergency life situation with injuries in both mental and physical damage. Relief sought for all injuries is $27 Trillion due to the damages being of impact to individuals in one of the most populated cities in the world. Relief order will be placed in The United States Of America Escrow account with plaintiff hereby agreeing to no exclusive title or warranty to relief award. Award will be disbursed in equality to all citizens and residents of The United States Of America. Injuries are in no way complete for this initial filng and request for trial by jury to include all locations and responsible parties. Complaint includes Parcel: Block: 962 Lot: 97 with Address of: 400 East 30th Street and all entities of suspected wrongdoing to eliminate individual wrongdoers and have relief conveyed from such parties. The "Exhibit: Injuries" has additional pages labeled and attached in following.

*John Dugas*

Signature

John Dugas SS#: 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
Name (if applicable, Prisoner ID No.)

61-18 93rd Street
Address/Facility Address

Queens          NY          11374
City                State    Zip Code

Date: 11/10/2024

Rev: 8/8/2024
*Use additional pages as needed

The United States District Southern District New York Court

John Dugas, Pro Se, SS#: 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
C/O The United Staes Of America
C/O All Residents Of The United States
Of America With Tenants In The Entirety

_____

Plaintiff                                                    Case No.:_____

v.

The United States District Southern District New York Court
State Of New York
City Of New York
Departments Of Government

_____

Defendant(s)

"Exhibit: Injuries"

Additional Pages:

Plaintiff has endured and has proof of various injuries however the relief sought is Trial By Jury and $27 Trillion in escrow to The United States Of America With All Citizens And Residents As Tenants In The Entirety.

Plaintiff also seeks relief in the form of all individual wrongdoers of both fiduciary and private agency to be criminally prosecuted and judgement with due process.

*John Dugas*

11/10/2024

United States District Court Southern District of New York


John Dugas, Pro Se, SS#: 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

PLAINTIFF

VS.

DEFENDANT(S)

Defendants List Exhibit Attached As:
"Exhibit: Index Of Exhibits"
And
"Exhibit: Defendants List"

CASE NO. _____

IV. Relief Request Attached As:
"Exhibit: Index Of Exhibits"
And:
"Exhibit: Relief Court Order"

"Exhibit: Relief Court Order":
State briefly what money damages or other relief you want the court to order.

Relief sought is $27 Trillion in escrow to The United States Of America with plaintiff having no exclusive claim to any award. All relief awards will be disbursed to All Citizens And Residents Of The United States Of America In Equal Amount Of Conveyance.

Relief sought includes real property, government funds transferred to escrow, entities eliminated and seized for all monetary forfeiture, individual ownership of property - heirs and inheritance included with effective date of The United States Of America with a date of November 15, 1777.

"Prayer For Relief" in the form of jury trial is hereby requested by plaintiff, John Dugas.


*John Dugas*

Signature
John Dugas SS#: 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

Name (if applicable, Prisoner ID No.)
61-18 93rd Street

Address/Facility Address

| Queens, | NY | 11374 |
|---|---|---|
| City | State | Zip Code |

11/10/2024

Rev: 8/8/2024
*Use additional pages as needed



# THE
# CONSTITUTION
## *of the United States*



NATIONAL CONSTITUTION CENTER



We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America

# Article.  I.

### SECTION. 1

All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

### SECTION. 2

The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

[Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons.]* The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct. The Number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to chuse three, Massachusetts eight, Rhode-Island and Providence Plantations one, Connecticut five, New-York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies.

The House of Representatives shall chuse their Speaker and other Officers; and shall have the sole Power of Impeachment.

### SECTION. 3

The Senate of the United States shall be composed of two Senators from each State, [chosen by the Legislature thereof,]* for six Years; and each Senator shall have one Vote.

Immediately after they shall be assembled in Consequence of the first Election, they shall be divided as equally as may be into three Classes. The Seats of the Senators of the first Class shall be vacated at the Expiration of the second Year, of the second Class at the Expiration of the fourth Year, and of the third Class at the Expiration of the sixth Year, so that one third may be chosen every second Year; [and if Vacancies happen by Resignation, or otherwise, during the Recess of the Legislature of any State, the Executive thereof may make temporary Appointments until the next Meeting of the Legislature, which shall then fill such Vacancies.]*

No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen

The Vice President of the United States shall be President of the Senate, but shall have no Vote, unless they be equally divided.

The Senate shall chuse their other Officers, and also a President pro tempore, in the Absence of the Vice President, or when he shall exercise the Office of President of the United States

The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

## SECTION. 4

The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.

The Congress shall assemble at least once in every Year, and such Meeting shall be [on the first Monday in December,]* unless they shall by Law appoint a different Day.

## SECTION. 5.

Each House shall be the Judge of the Elections, Returns and Qualifications of its own Members, and a Majority of each shall constitute a Quorum to do Business; but a smaller Number may adjourn from day to day, and may be authorized to compel the Attendance of absent Members, in such Manner, and under such Penalties as each House may provide.

Each House may determine the Rules of its Proceedings, punish its Members for disorderly Behaviour, and, with the Concurrence of two thirds, expel a Member.

Each House shall keep a Journal of its Proceedings, and from time to time publish the same, excepting such Parts as may in their Judgment require Secrecy; and the Yeas and Nays of the Members of either House on any question shall, at the Desire of one fifth of those Present, be entered on the Journal.

Neither House, during the Session of Congress, shall, without the Consent of the other, adjourn for more than three days, nor to any other Place than that in which the two Houses shall be sitting.

## SECTION. 6

The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States. They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

## SECTION. 7

All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with Amendments as on other Bills

Every Bill which shall have passed the House of Representatives and the Senate, shall, before it become a Law, be presented to the President of the United States; If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses shall be determined by Yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively, If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it  shall not be a Law

Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

## SECTION. 8

The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;

To borrow Money on the credit of the United States;

To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;

To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;

To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;

To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;

To establish Post Offices and post Roads;
To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;

To constitute Tribunals inferior to the supreme Court;

To define and punish Piracies and Felonies committed on the high Seas, and Offenses against the Law of Nations;

To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;

To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;

To provide and maintain a Navy;

To make Rules for the Government and Regulation of the land and naval Forces;

To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;

To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;

To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards and other needful Buildings; -And

To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

## SECTION. 9

The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

No Bill of Attainder or ex post facto Law shall be passed.

[No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration herein before directed to be taken.]*

No Tax or Duty shall be laid on Articles exported from any State

No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.

No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

## SECTION. 10

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

# *Article. II.*

## SECTION. 1

The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows:

Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

[The Electors shall meet in their respective States, and vote by Ballot for two Persons, of whom one at least shall not be an Inhabitant of the same State with themselves. And they shall make a List of all the Persons voted for, and of the Number of Votes for each; which List they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall, in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes shall be the President, if such Number be a Majority of the whole Number of Electors appointed; and if there be more than one who have such Majority, and have an equal Number of Votes, then the House of Representatives shall immediately chuse by Ballot one of them for President; and if no Person have a Majority, then from the five highest on the List the said House shall in like Manner chuse the President. But in chusing the President, the Votes shall be taken by States, the Representation from each State having one Vote; A quorum for this Purpose shall consist of a Member or Members from two thirds of the States, and a Majority of all the States shall be necessary to a Choice. In every Case, after the Choice of the President, the Person having the greatest Number of Votes of the Electors shall be the Vice President. But if there should remain two or more who have equal Votes, the Senate shall chuse from them by Ballot the Vice President.]*

The Congress may determine the Time of chusing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States.

No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States

In Case of the Removal of the President from Office, or of his Death, Resignation, or Inability to discharge the Powers and Duties of the said Office, the Same shall devolve on the Vice President, and the Congress may by Law provide for the Case of Removal, Death, Resignation or Inability, both of the President and Vice President, declaring what Officer shall then act as President, and such Officer shall act accordingly, until the Disability be removed, or a President shall be elected.]*

The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be increased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.

Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:- "I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

## SECTION. 2

The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offenses against the United States, except in Cases of Impeachment.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session

## SECTION. 3

He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them, and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States

## SECTION. 4

The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

# *Article.  III.*

## SECTION. 1

The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.

## SECTION. 2

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; - to all Cases affecting Ambassadors, other public Ministers and Consuls; - to all Cases of admiralty and maritime Jurisdiction; - to Controversies to which the United States shall be a Party; - to Controversies between two or more States; - [between a State and Citizens of another State;-]* between Citizens of different States, - between Citizens of the same State claiming Lands under Grants of different States, [and between a State, or the Citizens thereof;- and foreign States, Citizens or Subjects.]*

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment; shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

## SECTION. 3

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted

# *Article. IV.*

### SECTION. 1

Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

### SECTION. 2

The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States
A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

 No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.]*

### SECTION. 3

New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.

### SECTION. 4

The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

# *Article. V.*

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three-fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate

# *Article. VI.*

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States

# *Article. VII.*

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.

Done in Convention by the Unanimous Consent of the States present the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independence of the United States of America the Twelfth In Witness whereof We have hereunto subscribed our Names,

Go. Washington--Presidt:
and deputy from Virginia

## NEW HAMPSHIRE

John Langdon
Nicholas Gilman

## MASSACHUSETTS

Nathaniel Gorham
Rufus King

## CONNECTICUT

Wm. Saml. Johnson
Roger Sherman

## NEW YORK

Alexander Hamilton

## NEW JERSEY

Wil: Livingston
David Brearley
Wm. Paterson
Jona: Dayton

## PENNSYLVANIA

B Franklin
Thomas Mifflin
Robt Morris
Geo. Clymer
Thos. FitzSimons
Jared Ingersoll
James Wilson
Gouv Morris

DELAWARE

    Geo:  Read

    Gunning Bedford jun

    John Dickinson

    Richard Bassett

    Jaco: Broom

MARYLAND

    James McHenry

    Dan of St. Thos. Jenifer

    Danl Carroll

VIRGINIA

    John Blair-

    James Madison Jr.

NORTH CAROLINA

    Wm. Blount

    Richd. Dobbs Spaight

    Hu Williamson

SOUTH  CAROLINA

    J. Rutledge

    Charles Cotesworth Pinckney

    Charles Pinckney

    Pierce Butler

GEORGIA

    William Few

    Abr Baldwin

Attest William Jackson Secretary

In Convention Monday
September 17th, 1787.
Present
The States of
New Hampshire, Massachusetts, Connecticut, Mr. Hamilton from New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina and Georgia.

Resolved,
That the preceeding Constitution be laid before the United States in Congress assembled, and that it is the Opinion of this Convention, that it should afterwards be submitted to a Convention of Delegates, chosen in each State by the People thereof, under the Recommendation of its Legislature, for their Assent and Ratification; and that each Convention assenting to, and ratifying the Same, should give Notice thereof to the United States in Congress assembled. Resolved, That it is the Opinion of this Convention, that as soon as the Conventions of nine States shall have ratified this Constitution, the United States in Congress assembled should fix a Day on which Electors should be appointed by the States which shall have ratified the same, and a Day on which the Electors should assemble to vote for the President, and the Time and Place for commencing Proceedings under this Constitution

That after such Publication the Electors should be appointed, and the Senators and Representatives elected: That the Electors should meet on the Day fixed for the Election of the President, and should transmit their Votes certified, signed, sealed and directed, as the Constitution requires, to the Secretary of the United States in Congress assembled, that the Senators and Representatives should convene at the Time and Place assigned; that the Senators should appoint a President of the Senate, for the sole Purpose of receiving, opening and counting the Votes for President; and, that after he shall be chosen, the Congress, together with the President, should, without Delay, proceed to execute this Constitution

By the unanimous Order of the Convention

Go. Washington-Presidt:
W. JACKSON Secretary.


* Language in brackets has been changed by amendment.

# THE AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES AS RATIFIED BY THE STATES

## *Preamble to the Bill of Rights*

Congress of the United States
begun and held at the City of New-York, on
Wednesday the fourth of March,

THE Conventions of a number of the States, having at the time of their adopting the Constitution, expressed a desire, in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution

RESOLVED by the Senate and House of Representatives of the United States of America, in Congress assembled, two thirds of both Houses concurring, that the following Articles be proposed to the Legislatures of the several States, as amendments to the Constitution of the United States, all, or any of which Articles, when ratified by three fourths of the said Legislatures, to be valid to all intents and purposes, as part of the said Constitution; viz.

ARTICLES in addition to, and Amendment of the Constitution of the United States of America, proposed by Congress, and ratified by the Legislatures of the several States, pursuant to the fifth Article of the original Constitution.

*(Note: The first 10 amendments to the Constitution were ratified December 15, 1791, and form what is known as the "Bill of Rights.")*

## *Amendment I.*

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

## *Amendment II.*

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

## *Amendment III.*

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

## *Amendment IV.*

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## *Amendment V.*

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

# Amendment  VI.

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

# Amendment  VII.

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

# Amendment  VIII.

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

# Amendment  IX.

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

# Amendment  X.

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

## AMENDMENTS 11-27

# Amendment  XI.

Passed by Congress March 4, 1794. Ratified February 7, 1795.

*(Note: A portion of Article III, Section 2 of the Constitution was modified by the 11th Amendment.)*

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

# Amendment  XII.

Passed by Congress December 9, 1803. Ratified June 15, 1804.

*(Note: A portion of Article II, Section 1 of the Constitution was changed by the 12th Amendment.)*

The Electors shall meet in their respective states, and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate;-the President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted;-The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. [And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the Vice-President shall act as President, as in case of the death or other constitutional disability of the President.-]* The person having the greatest number of votes as Vice-President, shall be the Vice-President, if such number be a majority of the whole number of Electors appointed, and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice-President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States.

*Superseded by Section 3 of the 20th Amendment.

# Amendment XIII.

Passed by Congress January 31, 1865. Ratified December 6, 1865.

*(Note: A portion of Article IV, Section 2 of the Constitution was changed by the 13th Amendment.)*

## SECTION 1

Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

## SECTION 2

Congress shall have power to enforce this article by appropriate legislation.

# Amendment XIV.

Passed by Congress June 13, 1866. Ratified July 9, 1868.

*(Note: Article I, Section 2 of the Constitution was modified by Section 2 of the 14th Amendment.)*

## SECTION 1

All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

## SECTION 2

Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, [being twenty-one years of age,]* and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

## SECTION 3

No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

## SECTION 4

The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

## SECTION 5

The Congress shall have the power to enforce, by appropriate legislation, the provisions of this article.

*Changed by Section 1 of the 26th Amendment.

# Amendment XV.

Passed by Congress February 26, 1869. Ratified February 3, 1870.

## SECTION 1

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude.

## SECTION 2

The Congress shall have the power to enforce this article by appropriate legislation.

# Amendment XVI.

Passed by Congress July 2, 1909. Ratified February 3, 1913.

*(Note: Article I, Section 9 of the Constitution was modified by the 16 $^b$ Amendment.)*

The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment among the several States, and without regard to any census or enumeration.

# Amendment XVII.

Passed by Congress May 13, 1912. Ratified April 8, 1913.

*(Note: Article I, Section 3 of the Constitution was modified by the 17th Amendment.)*

The Senate of the United States shall be composed of two Senators from each State, elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislatures.

When vacancies happen in the representation of any State in the Senate, the executive authority of such State shall issue writs of election to fill such vacancies: Provided, That the legislature of any State may empower the executive thereof to make temporary appointments until the people fill the vacancies by election as the legislature may direct.

This amendment shall not be so construed as to affect the election or term of any Senator chosen before it becomes valid as part of the Constitution.

# Amendment XVIII.

Passed by Congress December 18, 1917. Ratified January 16, 1919. Repealed by the 21 Amendment, December 5, 1933.

## SECTION 1

After one year from the ratification of this article the manufacture, sale, or transportation of intoxicating liquors within, the importation thereof into, or the exportation thereof from the United States and all territory subject to the jurisdiction thereof for beverage purposes is hereby prohibited.

## SECTION 2

The Congress and the several States shall have concurrent power to enforce this article by appropriate legislation.

## SECTION 3

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

# Amendment XIX.

Passed by Congress June 4, 1919. Ratified August 18, 1920.

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of sex.

Congress shall have power to enforce this article by appropriate legislation.

# Amendment  XX.

Passed by Congress March 2, 1932. Ratified January 23, 1933.

*(Note: Article I, Section 4 of the Constitution was modified by Section 2 of this Amendment. In addition, a portion of the 12th Amendment was superseded by Section 3.)*

## SECTION 1

The terms of the President and the Vice President shall end at noon on the 20th day of January, and the terms of Senators and Representatives at noon on the 3d day of January, of the years in which such terms would have ended if this article had not been ratified; and the terms of their successors shall then begin.

## SECTION 2

The Congress shall assemble at least once in every year, and such meeting shall begin at noon on the 3d day of January, unless they shall by law appoint a different day.

## SECTION 3

If, at the time fixed for the beginning of the term of the President, the President elect shall have died, the Vice President elect shall become President. If a President shall not have been chosen before the time fixed for the beginning of his term, or if the President elect shall have failed to qualify, then the Vice President elect shall act as President until a President shall have qualified; and the Congress may by law provide for the case wherein neither a President elect nor a Vice President shall have qualified, declaring who shall then act as President, or the manner in which one who is to act shall be selected, and such person shall act accordingly until a President or Vice President shall have qualified.

## SECTION 4

The Congress may by law provide for the case of the death of any of the persons from whom the House of Representatives may choose a President whenever the right of choice shall have devolved upon them, and for the case of the death of any of the persons from whom the Senate may choose a Vice President whenever the right of choice shall have devolved upon them.

## SECTION 5

Sections 1 and 2 shall take effect on the 15th day of October following the ratification of this article.

## SECTION 6

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission.

# Amendment  XXI.

Passed by Congress February 20, 1933. Ratified December 5, 933.

## SECTION 1

The eighteenth article of amendment to the Constitution of the United States is hereby repealed.

## SECTION 2

The transportation or importation into any State, Territory, or possession of the United States for delivery or use therein of intoxicating liquors, in violation of the laws thereof, is hereby prohibited.

## SECTION 3

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by conventions in the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

# Amendment XXII.

Passed by Congress March 21, 1947. Ratified February 27, 951.

## SECTION 1

No person shall be elected to the office of the President more than twice, and no person who has held the office of President, or acted as President, for more than two years of a term to which some other person was elected President shall be elected to the office of President more than once. But this Article shall not apply to any person holding the office of President when this Article was proposed by Congress, and shall not prevent any person who may be holding the office of President, or acting as President, during the term within which this Article becomes operative from holding the office of President or acting as President during the remainder of such term.

## SECTION 2

This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission to the States by the Congress.

# Amendment XXIII.

Passed by Congress June 16, 1960. Ratified March 29, 1961.

## SECTION 1

The District constituting the seat of Government of the United States shall appoint in such manner as Congress may direct:

A number of electors of President and Vice President equal to the whole number of Senators and Representatives in Congress to which the District would be entitled if it were a State, but in no event more than the least populous State; they shall be in addition to those appointed by the States, but they shall be considered, for the purposes of the election of President and Vice President, to be electors appointed by a State; and they shall meet in the District and perform such duties as provided by the twelfth article of amendment.

## SECTION 2

The Congress shall have power to enforce this article by appropriate legislation.

# Amendment XXIV.

Passed by Congress August 27, 1962. Ratified January 23, 1964.

## SECTION 1

The right of citizens of the United States to vote in any primary or other election for President or Vice President, for electors for President or Vice President, or for Senator or Representative in Congress, shall not be denied or abridged by the United States or any State by reason of failure to pay poll tax or other tax.

## SECTION 2

The Congress shall have power to enforce this article by appropriate legislation.

# Amendment XXV.

Passed by Congress July 6, 1965. Ratified February 10, 1967.

*(Note: Article II, Section 1 of the Constitution was modified by the 25th Amendment.)*

## SECTION 1

In case of the removal of the President from office or of his death or resignation, the Vice President shall become President.

## SECTION 2

Whenever there is a vacancy in the office of the Vice President, the President shall nominate a Vice President who shall take office upon confirmation by a majority vote of both Houses of Congress.

## SECTION 3

Whenever the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that he is unable to discharge the powers and duties of his office, and until he transmits to them a written declaration to the contrary, such powers and duties shall be discharged by the Vice President as Acting President.

## SECTION 4

Whenever the Vice President and a majority of either the principal officers of the executive departments or of such other body as Congress may by law provide, transmit to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office, the Vice President shall immediately assume the powers and duties of the office as Acting President.

Thereafter, when the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that no inability exists, he shall resume the powers and duties of his office unless the Vice President and a majority of either the principal officers of the executive department or of such other body as Congress may by law provide, transmit within four days to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office. Thereupon Congress shall decide the issue, assembling within forty-eight hours for that purpose if not in session. If the Congress, within twenty-one days after receipt of the latter written declaration, or, if Congress is not in session, within twenty-one days after Congress is required to assemble, determines by two-thirds vote of both Houses that the President is unable to discharge the powers and duties of his office, the Vice President shall continue to discharge the same as Acting President; otherwise, the President shall resume the powers and duties of his office.

# Amendment XXVI.

Passed by Congress March 23, 1971. Ratified July 1, 1971.

*(Note: Amendment 14, Section 2 of the Constitution was modified by Section 1 of the 26th Amendment.)*

## SECTION 1

The right of citizens of the United States, who are eighteen years of age or older, to vote shall not be denied or abridged by the United States or by any State on account of age.

## SECTION 2

The Congress shall have power to enforce this article by appropriate legislation.

# Amendment XXVII.

Originally proposed Sept. 25, 1789. Ratified May 7, 1992.

No law, varying the compensation for the services of the Senators and Representatives, shall take effect, until an election of representatives shall have intervened.

T he NCC is an independent, non-partisan, nonprofit organization that was established in 1988 under the Constitution Heritage Act. The Center's mission is to increase awareness and understanding of the Constitution, the Constitution's history and its relevance to people's daily lives.

NATIONAL CONSTITUTION CENTER

National Constitution Center
525 Arch Street
Independence Mall
Philadelphia, PA 19106

(215) 409-6600
**www.constitutioncenter.org**