UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DUGAS,

                    Plaintiff,

        -against-

STATE OF NEW YORK; CITY OF NEW
YORK; DEPARTMENTS OF
GOVERNMENT; DEPARTMENT OF
HUMAN AND HEALTH SERVICES,

                    Defendants.

24cv8733(LTS)

CIVIL JUDGMENT

For the reasons stated in the November 25, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    November 26, 2025
          New York, New York

                          /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                Chief United States District Judge